# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145325(58)

SUSAN COX, Personal Representative of
the Estate of Lisa Cox, deceased,
          Plaintiff-Appellant,

v

HURON-CLINTON METROPOLITAN
AUTHORITY,
          Defendant,
and

TARA McMAHON, MIKE BARTUS,
SARAH CZARNECKI, ZACHARY
HOLLIS, JOSHUA GRAY, SAMANTHA
PALAMARA, CANDICE MINK, NICOLE
GAYNIER, JOSHUA FRANKLIN, and
JOHN MAIER,
          Defendants-Appellees.

SC: 145325
COA: 303158
Wayne CC: 10-000095-NO

_____/

On order of the Court, the motion for reconsideration of this Court's September 4, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

d0225